ELECTRONICALLY FILED
2015-May-28 08:54:18
60CV-15-2364
C06D05 : 2 Pages

IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS

DAVID SINGER     PLAINTIFF

VS.     CASE NO: _____

JIM HARRIS, Individually     DEFENDANT

## COMPLAINT

COMES THE PLAINTIFF, by and through Counsel and for his Complaint he states:

### PARTIES AND JURISDICTION

1. Plaintiff is a resident and citizen of the Jefferson County, Arkansas, who worked with the Defendant Jim Harris. This is an action for defamation. Accordingly, this court has subject matter jurisdiction and personal jurisdiction over the parties. Since the publication arose in Pulaski County, venue is proper, since the actions giving rise to this action arose in this county. Harris is sued individually and may be served in this County.

### GENERAL ALLEGATIONS OF FACTS

2. Plaintiff worked for the State Treasurer.

3. In 2015, Defendant began making slanderous and defamatory remarks about the Plaintiff.

4. As an example, Harris routinely published false statements about Plaintiff's lack of mental health to co-workers, the Treasurer Dennis Milligan, or the press in Pulaski County. The press then published these remarks to Rick Meyer, causing him to initially question Plaintiff's reputation.

5. On June 30, 2014 at 8:45 pm, Plaintiff lost his wife to breast cancer after a long battle.

6. Plaintiff began grieving. During this process, unbeknownst to Plaintiff, Harris began speaking about Plaintiff's wife in an disgusting manner.

7.  Harris published to people and the press in May of 2015 that Plaintiff had mental problems and accused Plaintiff of inappropriate activity with females. He accused Plaintiff of acting in a bizarre fashion. All of this was untrue, and Harris knew it was untrue.

8.  In fact, Harris is the one who treats females inappropriately. He made these false accusations against the Plaintiff in order to deflect attention from his own inappropriate behavior.

9.  As an example, Harris accused Plaintiff of using his wife's death to make sexual advances toward other women. This was untrue.

10. All of these facts were false and caused Plaintiff to lose reputation and his job.

11. By virtue of the facts alleged herein, Plaintiff has lost wages, lost fringe benefits, has incurred medical expenses, lost reputation, severe mental and emotional harm, and incurred other damages in an amount to be proven at trial.

12. Defendant's actions have been so egregious so as to warrant the imposition of punitive damages.

13. **Exhibit A** attached hereto and annexed are Plaintiff's First Set of Interrogatories and Requests for Production of Documents and served contemporaneously herewith.

WHEREFORE Plaintiff prays for appropriate compensatory and punitive damages exceeding $500,000.00, for a trial by jury, for reasonable attorney's fees, for reinstatement or front pay, for electronic discovery under Rule 26.1, for costs, and for all other proper relief.

Respectfully submitted,

SUTTER & GILLHAM, P.L.L.C.
Attorneys at Law
P.O. Box 2012
Benton, AR 72018
501-315-1910 Office
501-315-1916 Facsimile
Attorney for the Plaintiff

By: /s/ Luther Oneal Sutter
Luther Oneal Sutter, ARBN 95031
luthersutter.law@gmail.com